

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK R SANDERS | ) | Case Number: 1:21-CV-04234 |
| Plaintiff | ) | |
| | ) | Judge: SUSAN E. COX |
| v. | ) | |
| | ) | Magistrate Judge: |
| KILOLO KIJAKAZI | ) | |
| Defendant | ) | |

Motion For Judgment As A Matter Of Law

This motion is to Request a Ruling in the above entitle Case.

Respectfully Submitted,
by: S/ Mark R Sanders
Mark Ramon Sanders
P.O. Box 7784
Westchester, IL 60154
(630) 201-2517
andramida333@yahoo.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]