[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK R SANDERS | ) | Case Number: 1:21-CV-04234 |
| Plaintiff | ) | |
| | ) | Judge: SUSAN E. COX |
| v. | ) | |
| | ) | Magistrate Judge: |
| KILOLO KIJAKAZI | ) | |
| Defendant | ) | |

FILED
6/1/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JK

## MOTION FOR JUDGEMENT AS A MATTER OF LAW

I Mark R Sanders am petitioning the court to make a ruling in my Social Security Disability Insurance appeal due to the fact that I've been evicted from my home and am now homeless living on the streets (please see exhibit) I'm in financial ruin and my health is rapidly declining. It is my prayer that the court expedites a ruling that is in my favor so that I may regain my health, my finances and move back indoors.

Respectfully Submitted
By: s/ Mark R Sanders
Mark Ramon Sanders
P.O. Box 7784
Westchester, IL 60154
(630) 201 – 2517
Andramida333@yahoo.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT DU PAGE COUNTY | EVICTION ORDER<br>☒ Amended  ☒ Agreed  ☐ Nunc Pro Tunc | For Court Use Only<br>**FILED**<br>22 Feb 15  PM 02: 45<br>*Candice Adams*<br>CLERK OF THE<br>18TH JUDICIAL CIRCUIT<br>DUPAGE COUNTY, ILLINOIS |
|---|---|---|
| **Instructions**<br>Directly above, enter the name of the county where the case was filed. | **Plaintiff** *(For example, the landlord or owner):*<br>CEAI ELMHURST TERRACE LLC<br>v. | |
| Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*. | **Defendants** *(For example, the tenants or occupants):*<br>MARK SANDERS<br>UNKNOWN OCCUPANTS | |
| Check the box for Unknown Occupants if it was checked on *Eviction Complaint* | ☒ Unknown Occupants | 2021LM001627<br>**Case Number** |

**This Order is entered:**

☐ By default *(Defendants not in court)*

☐ After contested hearing or trial

☐ After compliance hearing, the Defendants having failed to comply with a previous Agreed Order

☒ By agreement *(the court having made no factual findings)*

Signed and agreed to,

**Plaintiff (or lawyer):**

_____

**Defendants (or lawyers):**

**Notice to Defendants:**
This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. There are other orders you may use to resolve your case by agreement.
Do not agree to this *Order* if:
- You have an agreement with Plaintiff that lets you stay in the property (Use *Agreed Order Dismissing Eviction Case (Pay & Stay)* or *Agreed Order Dismissing Eviction Case with Permission to Reinstate*); OR
- Plaintiff has agreed to dismiss this case if you move out by a certain date (Use *Agreed Order in Eviction Case (Defendants Agree to Move)*).

**You must complete sections 1-5.**

**1. People in court:**
☐ Plaintiff  ☒ Plaintiff's lawyer  ☐ Defendants' lawyer
☒ Defendants: MARK SANDERS
☐ Other: _____

☐ **2.** The following individuals are dismissed as Defendants in this case. Enter their names here:

**Electronically Certified**
**CERTIFICATION**
I, Candice Adams, Clerk of the 18th Judicial Circuit Court, DuPage County, Illinois, do hereby certify the above to be a true copy as it appears from the records and files in my office. IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE  12-Apr-2022    *Candice Adams*
CANDICE ADAMS, Clerk
By  E-CLERK
Deputy Clerk

E-O 3500.3   CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©   (03/21)
WHEATON, ILLINOIS 60187-0707   Page: 1 of 3
Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-02152022-0240-55280

| | |
|---|---|
| In 3, enter the complete address, including the street direction (N., E., etc.) and unit # or floor. | **3.** Plaintiff is given possession of the property located at: <br> 307 S. WEST AVENUE     APT. B <br> *Street address*     *Unit* <br> ELMHURST, IL, 60126 <br> *City/State/ZIP* |
| In 4, enter the date and time by which Defendants must move out. | **4.** Defendants must move out of the property on or before 02/22/2022 <br> *Date* <br> ☒ by 11:59 p.m.   OR   ☐ by _____ <br>                          *Time* |
| In 5, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. | **5.** Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: MARK SANDERS   ☒ Unknown Occupants |
| | **Section 6 is for landlords** *(condominium and homeowner associations should use Section 7)* <br> **6.** Check all that apply: <br> ☐ No money claimed in *Eviction Complaint* <br> ☒ Money claim dismissed and Plaintiff **may** seek this money in the future <br> ☐ Money claim dismissed and Plaintiff **may not** seek this money in the future <br> ☐ Plaintiff is owed: |
| In 6, complete only if Plaintiff is a landlord. Condominium or homeowner associations suing an owner should use Section 7. | |
| Check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money. | ☐ $ _____ in rent <br> ☐ $ _____ in court costs <br> ☐ $ _____ in attorneys' fees *(if allowed)* <br> $ 0.00 _____ is the total judgment entered against the following Defendants: <br> _____ <br> ☐ The Court is not yet ruling on the money claim. Case continued to: <br> _____ at _____ for: ☐ status OR ☐ hearing in courtroom _____ and <br> *Date*     *Time* <br> the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*. |
| | **Section 7 is for condominium and homeowner associations** *(landlords should use Section 6)* <br> **7.** Check all that apply: <br> ☐ This Order is entered against the unit only *(In Rem)* <br> ☐ Plaintiff is owed: |
| In 7, complete only if Plaintiff is a condominium or homeowner association suing an owner. | ☐ $ _____ in assessments <br> ☐ $ _____ in court costs <br> ☐ $ _____ in attorney's fees <br> $ _____ is the total judgment entered against the following Defendants: <br> _____ <br> The expiration of judgment provisions of 735 ILCS 5/9-117 do not apply to this *Order*. <br> ☐ The Court is not yet ruling on the money claim. Case continued to: <br> _____ at _____ for: ☐ status OR ☐ hearing in courtroom _____ and <br> *Date*     *Time* <br> the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*. |

| STOP!<br>DO NOT complete this section. The judge will complete this section if it applies to your case. | ☐ **8.** This *Order* is entered after an Emergency Housing Proceeding. An order entered under these sections may not be stayed more than 7 days. Check the box to indicate which section of the Eviction Act applies:<br>☐ 735 ILCS 5/9-118  ☐ 735 ILCS 5/9-119  ☐ 735 ILCS 5/9-120<br>The sheriff or other lawfully deputized officers shall give priority to service and execution of orders entered under Sections 118 and 119, or execute the *Order* within 7 days of its entry if entered under Section 120. | |
|---|---|---|
| Enter the name and contact information of the person completing this *Order*. **DO NOT** complete the section the right for Date and Judge. | Submitted by: DAVID K BARHYDT<br>DuPage Attorney Number: 8560     ☐ PRO SE<br>Attorney for: _____<br>Address: 2901 BUTTERFIELD RD<br>City/State/Zip: OAK BROOK, IL, 60521-0000<br>Phone number: 630-218-4915<br>Email: support@barhydtlaw.com | *[signature]*<br>File Date: 02/15/2022<br>Entered:<br>JUDGE JAMES F MCCLUSKEY<br>Validation ID : DP-02152022-0240-55280<br><br>Date: 02/15/2022 |

E-O 3500.3

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

(03/21)
Page: 3 of 3

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-02152022-0240-55280